# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PAu 3-762-377**

Effective Date of Registration:
April 06, 2015

## Title

| | |
|---|---|
| Title of Work: | Good Kill |
| Previous or Alternate Title: | Drones |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2014 |

## Author

| | |
|---|---|
| • Author: | Clear Skies Nevada, LLC |
| Author Created: | entire motion picture |
| Work made for hire: | Yes |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Clear Skies Nevada, LLC |
| | 116 North Robertson Boulevard, Suite 200, Los Angeles, CA, 90048, United States |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | script/screenplay |
| Previous registration and year: | PAu003726363 |
| New material included in claim: | all other cinematographic material, additional new footage, production as a motion picture, editing, photography, dialogue, music, special effects |

## Certification

| | |
|---|---|
| Name: | Emilie Kennedy |
| Date: | February 27, 2015 |

| | |
|---|---|
| Correspondence: | Yes |

Page 1 of 1

# EXHIBIT B

Good Kill 1-14.xls

| No | IP | HitDate UTC (mm/dd/yy) | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|
| 1 | 98.206.177.140 | 4/4/15 11:58:28 PM | GOOD KILL (2014) HDRIP | SHA1: 520D13124BA2A5D2F389A0D8C97FCE4B3A6C0CD3 | Comcast Cable | Illinois | Chicago | Cook |
| 2 | 50.141.230.230 | 4/4/15 08:32:14 PM | GOOD KILL (2014) HDRIP | SHA1: 520D13124BA2A5D2F389A0D8C97FCE4B3A6C0CD3 | Comcast Cable | Illinois | Des Plaines | Cook |
| 3 | 50.151.29.219 | 4/4/15 08:31:04 PM | GOOD KILL (2014) HDRIP | SHA1: 520D13124BA2A5D2F389A0D8C97FCE4B3A6C0CD3 | Comcast Cable | Illinois | Chicago | Cook |
| 4 | 67.173.61.174 | 4/4/15 07:33:10 PM | GOOD KILL (2014) HDRIP | SHA1: 520D13124BA2A5D2F389A0D8C97FCE4B3A6C0CD3 | Comcast Cable | Illinois | Chicago | Cook |
| 5 | 98.226.6.105 | 4/4/15 07:20:56 PM | GOOD KILL (2014) HDRIP | SHA1: 520D13124BA2A5D2F389A0D8C97FCE4B3A6C0CD3 | Comcast Cable | Illinois | Lake Bluff | Lake |
| 6 | 73.208.58.232 | 4/4/15 07:11:56 PM | GOOD KILL (2014) HDRIP | SHA1: 520D13124BA2A5D2F389A0D8C97FCE4B3A6C0CD3 | Comcast Cable | Illinois | Chicago | Cook |
| 7 | 98.193.12.57 | 4/4/15 06:43:16 PM | GOOD KILL (2014) HDRIP | SHA1: 520D13124BA2A5D2F389A0D8C97FCE4B3A6C0CD3 | Comcast Cable | Illinois | Waukegan | Lake |
| 8 | 98.212.188.188 | 4/4/15 05:37:26 PM | GOOD KILL (2014) HDRIP | SHA1: 520D13124BA2A5D2F389A0D8C97FCE4B3A6C0CD3 | Comcast Cable | Illinois | Des Plaines | Cook |
| 9 | 98.214.240.29 | 4/4/15 04:43:40 PM | GOOD KILL (2014) HDRIP | SHA1: 520D13124BA2A5D2F389A0D8C97FCE4B3A6C0CD3 | Comcast Cable | Illinois | Chicago | Cook |
| 10 | 67.173.111.202 | 4/4/15 03:25:59 PM | GOOD KILL (2014) HDRIP | SHA1: 520D13124BA2A5D2F389A0D8C97FCE4B3A6C0CD3 | Comcast Cable | Illinois | Itasca | DuPage |
| 11 | 67.175.107.229 | 4/4/15 02:30:02 PM | GOOD KILL (2014) HDRIP | SHA1: 520D13124BA2A5D2F389A0D8C97FCE4B3A6C0CD3 | Comcast Cable | Illinois | Oak Lawn | Cook |
| 12 | 50.179.149.237 | 4/4/15 01:53:41 PM | GOOD KILL (2014) HDRIP | SHA1: 520D13124BA2A5D2F389A0D8C97FCE4B3A6C0CD3 | Comcast Cable | Illinois | Chicago | Cook |
| 13 | 73.51.190.50 | 4/4/15 12:18:30 PM | GOOD KILL (2014) HDRIP | SHA1: 520D13124BA2A5D2F389A0D8C97FCE4B3A6C0CD3 | Comcast Cable | Illinois | Saint Charles | Kane |
| 14 | 67.163.55.84 | 4/4/15 11:14:52 AM | GOOD KILL (2014) HDRIP | SHA1: 520D13124BA2A5D2F389A0D8C97FCE4B3A6C0CD3 | Comcast Cable | Illinois | Chicago | Cook |